No. D–1725. IN RE DISBARMENT OF HUGHES. Jim D. Hughes, of Rockport, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1726. IN RE DISBARMENT OF CARON. Robert E. Caron, of Troy, Mich., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1727. IN RE DISBARMENT OF ADAMS. Eugene Joseph Adams, of New City, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1728. IN RE DISBARMENT OF MESTMAN. Gary Leo Mestman, of Los Angeles, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 95–259. WALTERS v. METROPOLITAN EDUCATIONAL ENTERPRISES, INC., ET AL.; and
No. 95–779. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION v. METROPOLITAN EDUCATIONAL ENTERPRISES, INC., ET AL. C. A. 7th Cir. [Certiorari granted, 516 U. S. 1171.] Motion of the Acting Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 95–789. CALIFORNIA DIVISION OF LABOR STANDARDS ENFORCEMENT ET AL. v. DILLINGHAM CONSTRUCTION, N. A., INC., ET AL. C. A. 9th Cir. [Certiorari granted, 517 U. S. 1133.] Motion of the Acting Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.